ALEXANDER ROBERTSON, IV (State Bar No. 127042)
arobertson@arobertsonlaw.com
ROBERT NATION (State Bar No. 108490)
rnation@arobertsonlaw.com
ROBERTSON & ASSOCIATES, LLP
32121 Lindero Canyon Road, Suite 200
Westlake Village, California 91361
Telephone:  (818) 851-3850
Facsimile:   (818) 851-3851

*(Additional Plaintiffs' Counsel On Signature Page)*

Attorneys for Plaintiffs And The
Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HEATHER CARSON and MARK SANDERS-FERRIERA, individually and on behalf of others similarly situated, ,<br><br>Plaintiffs,<br><br>vs.<br><br>WAYFAIR, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:16-cv-00716-PA (GJSx)<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiffs Heather Carson and Mark Sanders-Ferriera ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss all claims in this action *without prejudice* as to Defendant Wayfair, Inc.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

    (1) *By the Plaintiff*.

        (a) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)  a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiffs' First Amended Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

DATED: May 9, 2016    **ROBERTSON & ASSOCIATES, LLP**

*/ s / Alexander Robertson, IV*

By: _____

Alexander Robertson, IV (State Bar No. 127042)
arobertson@arobertsonlaw.com
32121 Lindero Canyon Road, Suite 200
Westlake Village, California 91361
Tel: (818) 851-3850 • Fax: (818) 851-3851

**WHITFIELD BRYSON & MASON**
Daniel K. Bryson (Admitted *Pro Hac Vice*)
dan@wbmllp.com
900 W. Morgan Street
Raleigh, North Carolina 27609
Tel: (919) 600-5000 • Fax: (919) 600-5035

**AHDOOT & WOLFSON, PC**
Robert Ahdoot (State Bar No. 172098)
rahdoot@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Tel: (310) 474-9111 • Fax: (310) 474-8585

**BERGER & MONTAGUE, P.C.**
Shannon J. Carson (Admitted *Pro Hac Vice*)
scarson@bm.net
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-4656 • Fax: (215) 275-5623

*Attorneys for Plaintiffs & Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of May, 2016, the foregoing document entitled **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

*/ s / Ann Russo*
An Employee of Robertson & Associates, LLP